**Melvin PARROW, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 48271.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 1984.

Application to Transfer Denied
Dec. 18, 1984.

Gary L. Robbins, Public Defender, Jackson, for movant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant entered a guilty plea to a charge of first degree robbery, an *Alford* plea to another charge of first degree robbery, and an *Alford* plea to a charge of first degree

assault. He now appeals from the denial by summary judgment of his Rule 27.26 motion. The judgment is affirmed in accordance with Rule 84.16(b).